OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming

Stephan Harris
Clerk of Court



**FILED**



Maggie Botkins
Chief Deputy Clerk

**2:11 pm, 4/21/17**
**Stephan Harris**
**Clerk of Court**

April 21, 2017

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals
  for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:    TRANSCRIPT ORDERS
           USDC # 2:16-cv-00013-SWS
           USCA # 17-8031
           *Krauchanka v. FedEx Freight Inc*

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

**no transcripts have been ordered for this appeal.**

For purposes of appeal, the record is now ready.

                                  STEPHAN HARRIS
                                  Clerk of Court

                  By:    /s/ Darci Smith
                              Deputy Clerk

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152    (307) 232-2620 ◆ Fax: (307) 232-2630

*www.wyd.uscourts.gov*